DONNA BLANCHARD v. ROBERT WOLF.

March 26, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. VINCENT FUCCI.

March 26, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JACK L. ERBER.

March 26, 1974. Petition for certification denied.

SANITARY CONSTRUCTION COMPANY v.
MAYOR AND COUNCIL OF THE TOWN OF DOVER.

March 26, 1974. Petition for certification denied.

STEPHEN V. HAHOLA v. EDWARD A. HAHOLA.

March 26, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK RIVIELLO.

March 26, 1974. Petition for certification denied.